IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DR. FRANKLIN THOMPSON, Director of the Omaha Human Rights and Relations Department; | 8:19CV253 |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JIE INTERNATIONAL ENTERPRISES, LIMITED LIABILITY CORPORATION, and JENNIFER ZHANG, President of JIE International Enterprises, L.L.C.; | |
| Defendants. | |

This matter is before the Court on the parties' joint stipulation for dismissal, Filing No. 15. The stipulation is granted.

IT IS ORDERED that this matter is dismissed, with prejudice, each party to bear its own costs and attorney fees.

Dated this 23rd day of September, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge